# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Brandon C. Dickson,

                Plaintiff,

    vs.

Jacob R. Spies, et al.,

              Defendants.

Case No. 25-cv-4307 (PAM/DTS)

**HENNEPIN COUNTY DEFENDANTS'
MOTION TO DISMISS**

---

PLEASE TAKE NOTICE that Defendants Hennepin County, Jason Wong, and Jason Majeski move to dismiss all claims against them pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

The motion is based on all records and files in this case, including the supporting memorandum of law, any other materials to be filed in support of this motion, as well as any argument that may be made at a hearing on this motion.

MARY F. MORIARTY
Hennepin County Attorney

Dated March 13, 2026

By: /s/ *Matthew L.R. Messerli*
Matthew L.R. Messerli (0403677)
    (612) 348-0727
    Matthew.Messerli@hennepin.us
Leaf D. McGregor (0389140)
    Leaf.McGregor@hennepin.us
Assistant Hennepin County Attorneys
13-A Government Center, MC-137
300 South Sixth Street
Minneapolis, MN, 55416

*Attorneys for the Hennepin Defendants*